UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUZANNE CARUSO,<br><br>   Plaintiff,<br><br> v.<br><br>JOSEPH OCCHIOGROSSO,<br>PATRICK WELSH, and SHOP TO<br>EARTH,<br><br>   Defendants. | Civil Action No. 11-1951 (DMC)<br><br><br><br>ORDER |

**THIS MATTER** having come before the Court upon (1) Plaintiff's motion for default judgment [CM/ECF No. 22]; and (2) Defendant Occhiogrosso's cross-motion to vacate default and stay the case [CM/ECF No. 32]; and upon consideration of the papers submitted; and for the reasons stated in the Opinion issued on this date; and for good cause shown;

**IT IS on this 9th day of July 2013,**

**ORDERED** that, Plaintiff's motion for default judgment [CM/ECF No. 22] is **DENIED**; and it is further

**ORDERED** that, Defendant's motion to vacate default and to stay the case [CM/ECF No. 32] is **GRANTED IN PART AND DENIED IN PART**. The default entered against Defendant Occhiogrosso is hereby **vacated**. The motion to stay the case is **denied**.

                s/Mark Falk
                **MARK FALK**
                **United States Magistrate Judge**